AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JONATHAN WRIGHT ) | Case No: 0645 2:17-20022-04 |
| ) | USM No: 55626-039 |
| Date of Original Judgment: 06/14/2018 ) | |
| Date of Previous Amended Judgment: ) | Andrew Densemo |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant was sentenced on June 14, 2018, to 30 months in custody, followed by one-year of supervised release. In addition, on June 27, 2018, the defendant was sentenced under Docket Number 17CR20334 to 60 months in custody, consecutive to Docket Number 17CR20022. The above-mentioned Amendment created a new Chapter Four guideline at USSG §4C1.1 (Adjustment for Certain Zero-Point Offenders) which provides a two-level reduction for certain zero-point offenders. The defendant must meet all ten criteria listed in USSG §4C1.1(a)(1)-(10) to qualify for the adjustment. Specifically, USSG §4C1.1(a)(1), states: "the defendant did not receive any criminal history points from Chapter Four, Part A." As noted in Paragraph 30 of the presentence report, WRIGHT received two criminal history points. Therefore, he is not eligible for a reduction under Amendment 821, Part B

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 2, 2024     s/Nancy G. Edmunds
                                 *Judge's signature*

Effective Date: _____   Nancy G. Edmunds, U.S. District Judge
*(if different from order date)*  *Printed name and title*